**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER WITHDRAWING MEDIATION ORDER

Appellate case name:      Loretta Branch v. Archie Branch

Appellate case number:   01-12-01159-CV

Date motion filed:          March 15, 2013

Type of Motion:             Objection to Mediation

Party filing motion:        Appellant

Trial court case number:  62037

Trial court:                    300th District Court of Brazoria County

It is **ORDERED** that Appellant's objection to mediation is granted.  We withdraw our Mediation Order dated February 25, 2013.

Judge's signature:  /Jim Sharp/
                              x  Acting individually

Date:  March 19, 2013[i]

---

[i]     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).